UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ZACHARY JOHNSON and RUSSELL KEITH HILL,**
  **Plaintiffs,**

  v.                                             Case No. 12-cv-1282

**ERIC H. HOLDER, JR., et al.**
  **Defendants,**

## ORDER

Plaintiffs Zachary Johnson and Russell Keith Hill filed a joint appeal of this court's order on July 22, 2013. On July 26, 2013, this court denied the plaintiffs' motions for leave to proceed in forma pauperis on appeal and directed plaintiffs to remit $455.00 within 14 days of such order as an appellate filing fee. See Newlin v. Helman, 123 F.3d 429, 434 (7th Cir. 1997), rev'd on other grounds by, Walker v. O'Brien, 216 F.3d 626 (7th Cir. 2000) and Lee v. Clinton, 209 F.3d 1025 (7th Cir. 2000). Plaintiffs failed to do so, and the United States Court of Appeals for the Seventh Circuit dismissed the appeal on November 14, 2013. This court must now collect the outstanding fees by the procedures outlined in 28 U.S.C. §1915(b). Newlin, 123 F.3d at 434.

**THEREFORE, IT IS ORDERED** that the Commissioner of the Mississippi Department of Corrections or his designee shall collect $455.00 from each plaintiff's prison trust account by collecting monthly payments from each plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and numbers assigned to this action.

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the inmate is confined and to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

Dated at Milwaukee, Wisconsin, this 23rd day of November, 2013.

s/ Lynn Adelman

LYNN ADELMAN
District Judge